

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Swift Technical Services, L.L.C.** |
| Bankruptcy Case: | **TPC Group Inc., et al.** |
| Preference Period: | **Mar 3, 2022 - Jun 1, 2022** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| TPC Group LLC | TPC Group LLC | 6076021 | $28,500.00 | 5/5/2022 | 75192141 | 3/22/2022 | $28,500.00 |
| TPC Group LLC | TPC Group LLC | 6075555 | $5,000.00 | 4/21/2022 | 75190523 | 3/10/2022 | $5,000.00 |
| TPC Group LLC | TPC Group LLC | 6075004 | $5,000.00 | 4/1/2022 | 75187313 | 2/8/2022 | $5,000.00 |

**Totals:**    **3 transfer(s),**    **$38,500.00**

Swift Technical Services, L.L.C. (2273291)
Bankruptcy Case: TPC Group Inc., et al.

Oct 2, 2023                                   Exhibit A                                   P. 1