IN RE: PORT NECHES FUELS, LLC.
CASE NO. 22-10500 (CTG)   ADV.NO.: 23-50653
SWIFT TECHNICAL SERVICES, L.L.C.

## PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

    I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

    2600 Eagan Wood Drive, Suite 400, St. Paul, Minnesota 55121

    On the date indicated immediately above my signature below, I served the foregoing documents described as:

1) COMPLAINT;
2) SUMMONS;
3) NOTICE OF DISPUTE RESOLUTION ALTERNATIVES; and
4) CERTIFICATE PURSUANT TO DEL.BANKR. L.R. 9019-5(j)(iii).

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

<u>Registered Agent for Defendant</u> [via Regular Mail]
CT Corporation System
1999 Bryan Street
Suite 900
Dallas, Texas 75201

<u>Defendant</u> [via Regular Mail]
Janette Marx, CEO
Swift Technical Services, L.L.C.
3050 Post Oak Boulevard
Suite 1450
Houston, Texas  77056

√ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

___ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on October 5, 2023.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
No: 2273291 Stat: - Answ: /*